**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Date:** July 19, 2010 | **FTR** - Reporter Deck - Courtroom A402<br>**Courtroom Deputy:** Linda Kahoe |

Civil Action No. 10-cv-00925-WYD-CBS

CLARA DORN,

    Plaintiff,

v.

EDWARD A. MUELLER,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,
PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH,
ANTHONY WELTERS,
QWEST COMMUNICATIONS INTERNATIONAL INC.,
CENTURYTEL, INC.,

    Defendants.

---

Civil Action No. 10-cv-00939-WYD-CBS

ZAHID SHAH,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL,

CENTURYTEL, INC.,
EDWARD A. MUELLER,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,
PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH and
ANTHONY WELTERS,

  Defendants.

---

Civil Action No. 10-cv-00959-WYD-CBS

LAWRENCE TREPPEL,
Individually and on Behalf of All Others Similarly Situated,

  Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
a Delaware corporation,
CENTURYTEL, INC.,
EDWARD A. MUELLER,
JOSEPH J. EUTENEUER,
CHRISTOPHER K. ANCELL,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,
PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH and
ANTHONY WELTERS,

  Defendants.

Civil Action No. 10-cv-00984-WYD-CBS

IRON WORKERS DISTRICT COUNCIL OF TENNESSEE VALLEY & VICINITY PENSION PLAN,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
a Delaware corporation,
CENTURYTEL, INC.,
SB44 ACQUISITION COMPANY,
EDWARD A. MUELLER,
JOSEPH J. EUTENEUER,
CHRISTOPHER K. ANCELL,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,
PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH and
ANTHONY WELTERS,

    Defendants.

Civil Action No. 10-cv-01025-WYD-CBS

CITY OF DANIA BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL,
CENTURYTEL, INC.,
EDWARD A. MUELLER,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,

PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH and
ANTHONY WELTERS,

   Defendants.

---

Civil Action No. 10-cv-1079-WYD-CBS

LEONARD LAPLACA,
Individually and on behalf of all others similarly situated,

   Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC.,
EDWARD A. MUELLER,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,
PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH, and
ANTHONY WELTERS.

   Defendants.

---

Civil Action No. 10-cv-01076-WYD-CBS

WARREN PINCHUCK,
Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware Corporation,
CENTURYTEL, INC., a Louisiana Corporation,
EDWARD A. MUELLER,
CHARLES L. BIGGS,
K. DANE BROOKSHER,
PETER S. HELLMAN,
R. DAVID HOOVER,
PATRICK J. MARTIN,
CAROLINE MATTHEWS,
WAYNE W. MURDY,
JAN L. MURLEY,
MICHAEL J. ROBERTS,
JAMES A. UNRUH, and
ANTHONY WELTERS,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 4:08 p.m.**
Court calls case. Appearances of counsel. *Present on the phone is Kip Brian Shuman (Interim Liaison Class Counsel); Randall J. Baron and David T. Wissbroecker (Interim Co-Lead Class Counsel); James Michael Lyons (Counsel for Qwest Defendants); Paul Howard Schwartz (Counsel for CenturyLink Defendants); and Jeffrey Allen Berens (Counsel for Plaintiff Pinchuck).*

Mr. Lyons states the parties have reached a settlement. Mr. Lyons suggests that a schedule be set to deal with the mechanics of the class action settlement with regards to certification, notification, a fairness hearing, and other necessary steps. The court advises the parties to file a motion regarding setting a schedule.

Based on the representations made on the record today, it is:

**ORDERED:** The Motions Hearing currently set for July 23, 2010 at 2:00 p.m. is **VACATED.**

Discussion regarding Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, doc #[15], filed 5/25/2010. Mr. Baron states he does not oppose the Motion.

**ORDERED:** Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, doc #[15] is **GRANTED.**

Discussion regarding Motion for a Pretrial Conference Under Rule 16 of the Federal Rules of Civil Procedure, doc #[16], filed 5/25/2010.

**ORDERED:** Motion for a Pretrial Conference Under Rule 16 of the Federal Rules of Civil Procedure, doc #[16] is **DENIED AS MOOT**.

Discussion regarding Motion of the Qwest Defendants for a Stay of This Action in Light of Parallel State Court Proceedings, doc #[13], filed 5/21/2010.

Mr. Lyons makes an oral motion to withdraw doc #[13]. There is no objection from Plaintiffs.

**ORDERED:** The oral motion to withdraw doc #[13] is **GRANTED** and the Motion of the Qwest Defendants for a Stay of This Action in Light of Parallel State Court Proceedings, doc #[13] is **WITHDRAWN**.

Discussion regarding Plaintiffs' Unopposed Motion to Extend Time to File Opposition to Defendants' Motion to Stay, doc #[25], filed 6/10/2010.

**ORDERED:** Based on the withdrawal of doc #[13], Plaintiffs' Unopposed Motion to Extend Time to File Opposition to Defendants' Motion to Stay, doc #[25] is **DENIED AS MOOT.**

The court confirms that the settlement is a settlement for all of the consolidated actions.

HEARING CONCLUDED.

**Court in recess:**     **4:14 p.m.**
Total time in court:    00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.