IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00925-WYD-CBS

CLARA DORN,

    Plaintiff,

v.

EDWARD A. MUELLER;
CHARLES L. BIGGS;
K. DANE BROOKSHER;
PETER S. HELLMAN;
R. DAVID HOOVER;
PATRICK J. MARTIN;
CAROLINE MATTHEWS;
WAYNE W. MURDY;
JAN L. MURLEY;
MICHAEL J. ROBERTS;
JAMES A. UNRUH;
ANTHONY WELTERS;
QWEST COMMUNICATIONS INTERNATIONAL INC.; and
CENTURYTEL, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Pursuant to the Minute Order issued by Magistrate Judge Shaffer [ECF No. 42], the parties contacted Chambers on November 16, 2010 to set a date for a hearing on preliminary approval of the proposed settlement, as well as a fairness hearing.  A hearing on preliminary approval of the proposed settlement is set for **Friday, December 17, 2010, at 9:00 a.m.**  A fairness hearing is set for **Friday, February 25, 2011, at 9:00 a.m.**

    Dated:  November 16, 2010.