**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   February 25, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **10-cv-00925-WYD-CBS**         <u>Counsel:</u>

**CLARA DORN, et al**,                                                Kip B. Shuman
                                                                              Jeffrey D. Light
                Plaintiffs,

v.

**EDWARD A. MUELLER, et al.**,                                James M. Lyons
                                                                              Matthew R. Kipp
                Defendants.                                                Nicole Lerescu
                                                                              Andrew R. Shoemaker

**COURTROOM MINUTES**

**IN COURT HEARING**

**8:39 a.m.**        Court in Session

                        APPEARANCES OF COUNSEL.

                        Court's opening remarks.

                        Plaintiffs' Motion for Final Approval of Class Action Settlement and Memorandum
                        of Points and Authorities in Support Thereof (doc. #51), filed January 25, 2011, is
                        raised for argument.

8:41 a.m.            Argument by Plaintiffs (Mr. Light).

8:52 a.m.            Argument by Defendants (Mr. Lyons).

                        Court makes findings.

**ORDERED:**     Plaintiffs' Motion for Final Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof (doc. #51), filed January 25, 2011, is **GRANTED.**

Court will enter a written Order regarding final approving of settlement.

**9:02 a.m.**      Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :23**